

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMIE LEE McDOWELL, JR., | 3:09-CV-0315-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 20, 2010 |
| RICHARD RIMINGTON, | |
| Defendant. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motions to strike defendants' opposition to motion to activate complaint (#40 & #43) are **DENIED as moot**. This court previously denied plaintiff's motion to activate complaint (#39).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk