UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| TOMMIE LEE MCDOWELL, JR., ) | 3:09-CV-0315-LRH-VPC | |
| ) | | |
| Plaintiff(s), ) | **MINUTES OF PROCEEDINGS** | |
| ) | | |
| vs. ) | | |
| ) | DATED: October 6, 2010 | |
| REMINGTON, et al., ) | | |
| ) | | |
| Defendant(s). ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann        Court Reporter:      FTR

Counsel for Plaintiff(s):       Tommie Lee McDowell (By telephone)

Counsel for Defendant(s):       Robert Simon

PROCEEDINGS: MOTIONS HEARING

2:01 p.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and recites the chronology of events in this action.

The Court hears from the parties regarding their respective positions concerning pending motions (#41), (#42), (#51), (#52), (#58), and (#59).

Having heard from the parties and good cause appearing, the Court finds as follows:

1. **Plaintiff's motion to file a longer than normal complaint (#41):**

    Plaintiff's motion to file a longer than normal complaint (#41) is DENIED as moot.

2. **Plaintiff's motion for leave to file an amended complaint (#42):**

    Plaintiff's motion for leave to file an amended complaint (#42) is DENIED.

Tommie Lee McDowell, Jr., v. Remington, et al.
3:09-CV-0315-LRH-VPC
October 6, 2010
Page 2

3. **Plaintiff's motion for extension of discovery (#51):**

   Plaintiff's motion for extension of discovery (#51) is DENIED.

4. **Plaintiff's motion for leave to serve additional interrogatories (#52):**

   Plaintiff's motion for leave to serve additional interrogatories (#52) is DENIED.

5. **Plaintiff's motion for order compelling disclosure or discovery and sanctions and motion for extension of time to complete discovery (#58/59):**

   The Court and the parties discuss the unresolved disputes concerning defendants' responses to plaintiff's propounded discovery. With respect to the disputed responses, the Court finds as follows:

   a. Defendants' responses to plaintiff's requests for admission nos. 6, 7, 9, 10, 12, and 15 stand.

   b. Defendants' agree to supplement their response to plaintiff's request for admission no. 11.

   c. Defendants' responses to plaintiff's requests for interrogatories nos. 14, 15, and 16 stand.

   The Court advises Mr. Simon that to the extent individuals have supplemented any responses to plaintiff's propounded discovery, such individuals shall provide their verified supplemental answers. Mr. Simon agrees to provide plaintiff the supplemental responses by no later than **Wednesday, October 13, 2010**.

   Therefore, plaintiff's motion for order compelling disclosure or discovery is GRANTED in part and DENIED in part as more fully set forth on the record.

   The Court finds plaintiff's motion for sanctions and for an extension of time to complete discovery are DENIED.

6. **Deadlines:**

   The deadline to file dispositive motions is **Monday, November 15, 2010** and the deadline to file the joint pretrial order is **Thursday, December 16, 2010**. If dispositive motions are filed, the deadline to file the joint pretrial order shall be

Tommie Lee McDowell, Jr., v. Remington, et al.
3:09-CV-0315-LRH-VPC
October 6, 2010
Page 3

       suspended until thirty (30) days after the District Court enters its order regarding the dispositive motion or by further order of the Court.

The Court advises the parties if they are interested in a settlement conference, they shall have leave to file a stipulation requesting that a settlement conference be scheduled.

    IT IS SO ORDERED.

2:56 p.m.  Court adjourns.

                                      LANCE S. WILSON, CLERK

                                      By: _____/s/_____
                                           Lisa Mann, Deputy Clerk