UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TOMMIE LEE McDOWELL, JR., ) | 3:09-CV-0315-LRH (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | November 5, 2010 |
| ) | |
| RICHARD RIMINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motion for non-consent pursuant to LR IB 2-2 and FRCP 73 (#68) is **DENIED as moot**. United States Magistrate Judges are authorized to hear and finally determine any pretrial matter not specifically enumerated as an exception in 28 U.S.C. § 636(b)(1)(A). Local Rule IB 1-3. This includes the general supervision of civil and criminal calendars, conducting pretrial conferences, settlement conferences, and related pretrial proceedings in both civil and criminal cases. LR IB 1-9. Consent of the parties is only required for a Magistrate Judge to conduct a jury or non-jury trial or enter a final judgment in the case pursuant to 28 U.S.C. § 636(c).

    **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                By:           /s/
                                                 Deputy Clerk