UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TOMMIE LEE McDOWELL, JR.,

       Plaintiff,

vs.

RICHARD RIMINGTON,

       Defendant.

_____/

3:09-CV-0315-LRH (VPC)

MINUTES OF THE COURT

Date: December 15, 2010

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__    REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    Defendant filed a motion for leave to file *in camera* an inspector general's report in support of defendant's motion for summary judgment (#74). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

    **IT IS ORDERED** that defendant's motion for leave to file *in camera* an inspector general's report in support of defendant's motion for summary judgment (#74) is **GRANTED**. The exhibit (#76) is filed and shall remain under seal.

    **IT IS SO ORDERED.**

                            LANCE S. WILSON, CLERK

                  By:___/s/_____
                      Deputy Clerk.