**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**


TOMMIE LEE McDOWELL, JR.,

    Plaintiff,        3:09-CV-0315-LRH (VPC)

vs.              **MINUTES OF THE COURT**

RICHARD RIMINGTON,      Date:  January 4, 2011

    Defendant.

             /

PRESENT:
THE HONORABLE  VALERIE P. COOKE , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF:  NONE APPEARING

COUNSEL FOR DEFENDANTS:  NONE APPEARING

MINUTE ORDER IN CHAMBERS:  XXX

  Plaintiff's motion to stop withdrawing funds from inmate account to pay the balance of the $350 filing fee in this case (#81) is **GRANTED**.  The court has been advised by the financial department that plaintiff's filing fee has been paid in full in this case and his account actually contains an overpayment of $13.06 which will be processed as a refund to plaintiff by the court.

  The clerk shall send a copy of this order to **Albert G. Peralta, Chief of Inmate Services, Nevada Department of Prisons, PO Box 7011, Carson City, Nevada 89702.**  The clerk shall also send a copy of this order to the financial department of this court.

  **IT IS SO ORDERED.**

          LANCE S. WILSON, CLERK


       By: /s/
         Deputy Clerk.