UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| TOMMIE LEE MCDOWELL JR., | ) | |
| Plaintiff, | ) ) | 3:09-cv-00315-LRH-VPC |
| v. | ) ) | O R D E R |
| RICHARD RIMINGTON, | ) ) | |
| Defendant. | ) ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#86[1]) entered on February 8, 2011, recommending denying Defendant's Motion for Summary Judgment (#75) filed on November 15, 2010. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#86) entered on February 8, 2011, should be adopted and accepted.

---

[1]Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#86) entered on February 8, 2011, is adopted and accepted, and Defendant's Motion for Summary Judgment (#75) is DENIED.

IT IS SO ORDERED.

DATED this 5th day of March, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE