**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TOMMIE LEE McDOWELL, JR.,

       Plaintiff,                            3:09-CV-0315-LRH (VPC)

vs.                                         **MINUTES OF THE COURT**

RICHARD RIMINGTON,                  Date:  June 6, 2011

       Defendant.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     The court has reviewed plaintiff's notice regarding outstanding reimbursement owed plaintiff (#106) and has construed the motion as a second motion for a refund.

     On January 4, 2011, this court granted plaintiff's motion for a refund of an overpayment of the filing fee in the amount of $13.06 (#84).  The court has conferred with the financial department in this District and has confirmed that plaintiff's refund is being processed and will be mailed within the month.

     Therefore, plaintiff's second motion for a refund (#106) is **DENIED as moot.**

     **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                       By:   /s/
                             Deputy Clerk.