# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOMMIE LEE McDOWELL, JR.,

    Plaintiff,

vs.

RICHARD RIMINGTON,

    Defendant.
_____/

3:09-CV-0315-LRH (VPC)

**MINUTES OF THE COURT**

Date: July 28, 2011

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__     REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    Plaintiff's *ex parte* motion requesting a returned copy of the settlement conference statement (#120) is **GRANTED**. The settlement conference concluded on July 28, 2011. Therefore, the original settlement conference statement is being returned to plaintiff together with this order.

    **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                            By:___/s/_____
                                   Deputy Clerk.